AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

HORACIO M. NETO
A/K/A HORATIO M. NETO
A/K/A "MARCELO"
(DOB: -/-/1965)
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1093 - JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _6/10/05 and 7/15/05_ in _Middlesex_ county, in the District of _Massachusetts_ defendant(s) did, (Track Statutory Language of Offense)
knowingly transfer false identification documents knowing that such documents were produced without lawful authority,

in violation of Title __18__ United States Code, Section(s) __1028(a)(2)__.

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following
Official Title
facts:

See attached Affidavit of Special Agent Matthew J. McCarthy.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

_8/9/05_                             at         Boston, MA
Date                                             City and State

JUDITH G. DEIN, U.S. MAGISTRATE JUDGE         _Judith Gail Dein_
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.