AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Massachusetts_

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>_Horacio Neto_ | **WAIVER OF PRELIMINARY<br>EXAMINATION OR HEARING<br>(Rule 5 or 32.1, Fed. R. Crim. P.)**<br><br>CASE NUMBER: _05m - 1093 - JGA_ |

I, ___Horacio Neto_____, charged in a ☑ complaint ☐ petition

pending in this District ___Massachusetts_____

in violation of _____18_____, U.S.C., ___1028 (a) (2)_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

X _Horacio Maia Neto_____
    *Defendant*

_August 16, 2005_____                    X _____
       *Date*                                *Counsel for Defendant*