```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA     )    **05 CR 10217 DPW**
                             )    CRIMINAL NO.:
        v.                   )
                             )    VIOLATIONS:
HORACIO M. NETO,             )    18 U.S.C. §1028(a)(2) -
A/K/A HORATIO M. NETO,       )    (Transfer of False
A/K/A "MARCELO,"             )     Identification Documents)
                             )    18 U.S.C. §1028(a)(5) -
        Defendant.           )    (Possession of Document-Making
                             )     Implements)
                             )    18 U.S.C. §2
                             )    (Aiding and Abetting)
                             )

## INDICTMENT

### COUNTS ONE THROUGH TWO

**Title 18, United States Code, Section 1028(a)(2)**
**(Transfer of False Identification Documents)**

The Grand Jury charges as follows:

On or about the dates listed below, at Marlborough, in the District of Massachusetts,

**HORACIO M. NETO,**
**A/K/A HORATIO M. NETO,**
**A/K/A "MARCELO,"**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Alien Registration Cards ("Green Cards") and counterfeit Social Security Account Number Cards, knowing that such documents were produced without lawful authority.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | June 10, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |
| TWO | July 16, 2005 | Two Alien Registration Cards ("Green Cards") and Two Social Security Account Number Cards |

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

## COUNT THREE

### Title 18, United States Code, Section 1028(a)(5)
### (Possession of Document-Making Implements)

The Grand Jury further charges as follows:

On or about August 10, 2005, at Marlborough, in the District of Massachusetts,

HORACIO M. NETO,
A/K/A HORATIO M. NETO,
A/K/A "MARCELO,"

the defendant herein, knowingly possessed document-making implements, which included, among other things, a HP Compaq CPU (a computer hard drive), with serial # USV32904Q0, an E-Machine CPU (a computer hard drive), with serial # AIV3C80101665, one bag of miscellaneous papers and completed and partially completed counterfeit documents, one plastic baggie containing five completed counterfeit documents, a computer monitor, a color copier, a laminator, a paper cutter, an Olympus digital camera, Model D-540 Zoom, and an Olympus digital camera, Model D-395, with the intent that such document-making implements would be used in the production of false identification documents.

All in violation of Title 18, United States Code, Section 1028(a)(5) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                    August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
8/24/05

JS 45 (5/97) - (Revised USAO MA 1/5/04)

05 CR 10217 DPW

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ICE

**City** Marlborough

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number  05M-1093-JGD
Search Warrant Case Number  05M-1092-JGD
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** HORACIO M. NETO   Juvenile ☐ Yes ☒ No

**Alias Name** HORATIO M. NETO; "MARCELO"

**Address** 110 Boston Post Road East, Apt. 206, Marlborough, MA 01752

**Birth date (Year only):** 1965  **SSN (last 4 #):** 0699  **Sex** M  **Race:** Portuguese  **Nationality:** Brazil

**Defense Counsel if known:** Martin Richey, Esq.   **Address:** Federal Defender Office, 408 Atlantic Ave., 3rd Fl., Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Antoinette E.M. Leoney   **Bar Number if applicable** 545567

**Interpreter:** ☒ Yes ☐ No   List language and/or dialect: Portuguese/Brazilian

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:** August 10, 2005

☒ Already in Federal Custody as of August 10, 2005 in Walpole
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 24, 2005   **Signature of AUSA:** _Antoinette E.M. Leoney_

05 CR 10217 DPW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    HORATIO M. NETO, A/K/A HORATIO M. NETO, A/K/A "MARCELO"

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(2) | Transfer of False Identification Documents | 1, 2 |
| Set 2 | 18 U.S.C. § 1028(a)(5) | Possession of Document-Making Implements | 3 |
| Set 3 | 18 U.S.C. § 2 | Aiding and Abetting | 1, 2, 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____