## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### **ORDER OF REFERENCE**

Check if previously referred

_U.S._

v.

_Horacio M. Neto_

CA/CR No. _05-10217-DPW_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A)      Referred for full pretrial case management, including all dispositive motions.

(B)      Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)      Referred for discovery purposes only.

(D)      Referred for Report and Recommendation on:

     ( ) Motion(s) for injunctive relief
     ( ) Motion(s) for judgment on the pleadings
     ( ) Motion(s) for summary judgment
     ( ) Motion(s) to permit maintenance of a class action
     ( ) Motion(s) to suppress evidence
     ( ) Motion(s) to dismiss
     ( ) Post Conviction Proceedings[1]
     See Documents Numbered: _____

(E)      Case referred for events only.  See Doc. No(s). _____

(F)      Case referred for settlement.

(G)      Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
     ( ) In accordance with Rule 53, F.R.Civ.P.
     ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)      Special Instructions: _pretrial proceedings_

_____

_8-24-05_
Date

By _Catherine M Saville_
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

[1]    See reverse side of order for instructions